```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :     ORDER
                                 :
WYNEE JOYNER,                    :     08 Cr. 696 (SHS)
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

UNITED STATES DISTRICT JUDGE

WHEREAS the Government has requested that the Court schedule an initial conference in this matter;

WHEREAS the delay between ~~now~~ Today and the initial conference furthers the interests of justice because it will permit the defendant to arrange reasonably priced travel to the district;

WHEREAS the Government, with the consent of the defendant, requests that the time between the date of this order and the date of the initial conference be excluded from the Speedy Trial Act in the interests of justice;

WHEREAS it is found that an exclusion of time under the Act best serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial;

IT IS HEREBY ORDERED that an initial conference in this case is scheduled for _August 20, 2008_ at _2:45 p.m._; and it is furthermore

ORDERED that the time between the signing of this Order and the conference date is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

SO ORDERED.
N.Y., N.Y.

_____
Sidney H. Stein, U.S.D.J.
~~August~~      , ~~2008~~
July 31, 2008