

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

By Facsimile: (212) 805-7924

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

August 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

Re:  **United States v. Wynee Joyner**
     08 Cr. 696 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

I represent Ms. Joyner in the above-captioned case, and write to request an adjournment of the initial status conference, currently scheduled for August 20, 2008 at 2:45 p.m. I have spoken to Assistant United States Attorney Michael Levy, who consents to this request, and no previous adjournments have been sought.

The reasons for the request are, because Ms. Joyner lives in North Carolina, I would like to (1) schedule her arraignment on the same day as the status conference; and (2) request a Transportation Order from the Court pursuant to 18 U.S.C. § 4285 to assist Ms. Joyner with the travel expenses.

The parties have been discussing a potential disposition of this matter, and Ms. Joyner consents to the exclusion of time under the Speedy Trial Act. *The time is excluded from today through 9/22/08, from Speedy Trial Act calculations. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 USC 3161(h)(8).*

Thank you for your consideration of this request.

*The conference is adjourned to 9/22/08, at 2:30 p.m.*

Respectfully submitted,

Martin S. Cohen
Attorney for Wynee Joyner
212-417-8737

SO ORDERED 8/18/08

SIDNEY H. STEIN
U.S.D.J.

cc:  Michael Levy, Esq., AUSA, via facsimile 212-637-0016

TOTAL P.002