UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA              :

        - v -                              :

Wynee Joyner,                         :

               Defendant.   :
------------------------------------x

**ORIGINAL**

**TRANSPORTATION ORDER**
08 Cr. 696(SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

Upon the application of **Wynee Joyner**, by her attorney, **Martin S. Cohen, Esq.**, Assistant Federal Defender, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence, it is hereby

**ORDERED** that the United States Marshals Service furnish Wynee Joyner with funds to cover the cost of round-trip airfare and ground transportation from Hunterville, North Carolina to New York, New York for a court appearance before United States District Judge Sidney H. Stein at 2:30 PM on Monday, September 22, 2008; and it is hereby further

**ORDERED** that arrangements shall be made to enable Ms. Joyner arrive in New York, New York by 2:30 PM on Monday, September 22, 2008; and it is further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       September 4, 2008

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
United States District Judge